APPEAL,CAT B

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: 1:20-cr-00121-CJN-2

Case title: USA v. WILLIAMS et al                    Date Filed: 07/21/2020

Magistrate judge case number: 1:20-mj-00068-DAR

---

Assigned to: Judge Carl J. Nichols

### Defendant (2)
**THEODORE B. DOUGLAS**           represented by **Eugene Ohm**
FEDERAL PUBLIC DEFENDER FOR
THE DISTRICT OF COLUMBIA
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004
(202) 208-7500
Email: eugene_ohm@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

### Pending Counts                          ### Disposition
18:922(g)(1); UNLAWFUL                Defendant sentenced to a term of
TRANSPORT OF FIREARMS, ETC.;         Fifteen (15) Months of Incarceration
Unlawful Possession of a Firearm and  followed by Thirty-Six (36) Months of
Ammunition by a Person Convicted of a Supervised Release (with conditions).
Crime Punishable by Imprisonment for  Defendant further ordered to pay a
a Term Exceeding One Year.            special assessment of $100.00. No fine
(2)                                   imposed.

### Highest Offense Level (Opening)
Felony

### Terminated Counts                        ### Disposition
None

### Highest Offense Level (Terminated)
None

| | | Wasserman; Pretrial Officer: Andre Sidbury.(ztl) Modified on 4/30/2020 (ztl). [1:20-mj-00068-DAR] (Entered: 04/24/2020) |
|---|---|---|
| 04/24/2020 | 2 | MOTION for Detention Hearing and Opposition to the Government's Oral Motion to Continue the Preliminary Hearing by THEODORE B. DOUGLAS (2). (Attachments: # 1 Exhibit, # 2 case)(Ohm, Eugene) Modified text on 4/27/2020 (zed, ). Modified event on 4/27/2020 (znmw). [1:20-mj-00068-DAR] (Entered: 04/24/2020) |
| 04/24/2020 | 6 | NOTICE of Filing by THEODORE B. DOUGLAS (Ohm, Eugene) [1:20-mj-00068-DAR] (Entered: 04/24/2020) |
| 04/24/2020 | | ORAL MOTION for Release from Custody by THEODORE B. DOUGLAS (2). (ztl)[1:20-mj-00068-DAR] (Entered: 04/26/2020) |
| 04/24/2020 | | ORAL MOTION to Commit Defendant to Custody of Attorney General by USA as to THEODORE B. DOUGLAS(2) . (ztl)[1:20-mj-00068-DAR] (Entered: 04/26/2020) |
| 04/24/2020 | | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson: Status/Detention Hearing as to THEODORE B. DOUGLAS (2) held on 4/24/2020. Oral Motion by THEODORE B. DOUGLAS (2); for Release from Custody heard and denied. Oral Motion by the Government to Commit Defendant to Custody of Attorney General as to THEODORE B. DOUGLAS (2); heard and granted. Bond Status of Defendant: Defendant Committed/Commitment Issued; Court Reporter: Tim Miller; Defense Attorney: Eugene Ohm; US Attorney: Steven Wasserman; Pretrial Officer: Christine Schuck. Motion Hearing set for 4/30/2020 at 1:00 PM by Telephonic/VTC before Magistrate Judge Deborah A. Robinson. Bond Status of Defendant: Defendant Committed/Commitment Issued; Court Reporter: Tim Miller; Defense Attorney: Eugene Ohm; US Attorney: Stevem Wasserman; Pretrial Officer: Christine Schuck.(ztl)[1:20-mj-00068-DAR] (Entered: 04/26/2020) |
| 04/24/2020 | | FINDINGS OF FACT AND STATEMENT OF REASONS IN SUPPORT OF ORDER OF DETENTION. This courts findings and conclusions are set forth on the written record of the detention hearing conducted on April 24, 2020. Signed by Judge Deborah A. Robinson on April 24, 2020. (ztl) [1:20-mj-00068-DAR] (Entered: 04/26/2020) |
| 04/24/2020 | | MINUTE ORDER: As this court conducted Defendant THEODORE DOUGLAS (2) detention hearing today, it is hereby ORDERED that his Motion for Detention Hearing (ECF No. 2, Part 1) is DENIED AS MOOT. Signed by Magistrate Judge Deborah A. Robinson on 4/24/2020. (ztl) [1:20-mj-00068-DAR] (Entered: 04/26/2020) |
| 04/24/2020 | 7 | Memorandum in Opposition by THEODORE B. DOUGLAS re ORAL MOTION to Continue Preliminary Hearing. (See Docket Entry 2 to view document). (znmw) Modified text on 4/27/2020 (znmw). [1:20-mj-00068-DAR] (Entered: 04/27/2020) |
| 04/28/2020 | 8 | |

Case 1:20-cr-00121-CJN   Document 83   Filed 05/25/21   Page 3 of 25   Page 4 of 13
District of Columbia live database
USCA Case #21-3032      Document #1900067        Filed: 05/25/2021   Page 3 of 25

| | | |
|---|---|---|
| | | MOTION to Continue *Preliminary Hearing* by USA as to THEODORE B. DOUGLAS. (Attachments: # 1 Text of Proposed Order)(Wasserman, Steven) [1:20-mj-00068-DAR] (Entered: 04/28/2020) |
| 04/29/2020 | 9 | SUPPLEMENT by THEODORE B. DOUGLAS re 2 MOTION for Hearing (Attachments: # 1 Exhibit)(Ohm, Eugene) [1:20-mj-00068-DAR] (Entered: 04/29/2020) |
| 04/30/2020 | | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson: Motion Hearing as to THEODORE B. DOUGLAS held on 4/30/2020. Oral Motion by the Government to Continue Preliminary Hearing as to THEODORE B. DOUGLAS (2); heard and granted. Preliminary Hearing set for 6/11/2020 at 1:45 PM in Courtroom 7 before Magistrate Judge Robin M. Meriweather. Bond Status of Defendant: Defendant Held Without Bond; Court Reporter: Lisa Griffith; Defense Attorney: Eugene Ohm; US Attorney: Steven Wasserman; Pretrial Officer: Christine Schuck; Witness: John Cramer (IT). (ztl) [1:20-mj-00068-DAR] (Entered: 04/30/2020) |
| 05/04/2020 | 10 | Consent MOTION for Protective Order *Governing Body Worn Camera Material* by USA as to TAVONTE WILLIAMS, THEODORE B. DOUGLAS. (Attachments: # 1 Text of Proposed Order)(Wasserman, Steven) [1:20-mj-00068-DAR] (Entered: 05/04/2020) |
| 05/07/2020 | 11 | CONSENT PROTECTIVE ORDER GOVERNING DISCOVERY OF BODY WORN CAMERA MATERIALS. Signed by Magistrate Judge G. Michael Harvey on 5/7/2020. (zpt) [1:20-mj-00068-DAR] (Entered: 05/07/2020) |
| 05/12/2020 | 12 | MOTION for Reconsideration re 8 MOTION to Continue *Preliminary Hearing* filed by USA by THEODORE B. DOUGLAS. (Attachments: # 1 Text of Proposed Order)(Ohm, Eugene) [1:20-mj-00068-DAR] (Entered: 05/12/2020) |
| 05/18/2020 | 13 | RESPONSE by USA as to THEODORE B. DOUGLAS re 12 MOTION for Reconsideration re 8 MOTION to Continue *Preliminary Hearing* filed by USA (Attachments: # 1 Exhibit A)(Wasserman, Steven) [1:20-mj-00068-DAR] (Entered: 05/18/2020) |
| 05/19/2020 | | Set/Reset Hearings as to THEODORE B. DOUGLAS: Motion for Reconsideration Hearing set for 5/20/2020 at 11:00 AM by Telephonic/VTC before Magistrate Judge Deborah A. Robinson. (ztl) [1:20-mj-00068-DAR] (Entered: 05/19/2020) |
| 05/20/2020 | | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson: Motion Hearing as to THEODORE B. DOUGLAS held on 5/20/2020. For reasons set forth on the record, Motion for Reconsideration 12 re 8 MOTION to Continue Preliminary Hearing filed by USA by THEODORE B. DOUGLAS as to THEODORE B. DOUGLAS (2); heard and granted. Preliminary Hearing set for 5/27/2020 at 2:00 PM by Telephonic/VTC before Magistrate Judge G. Michael Harvey. Bond Status of Defendant: Defendant Remains Held Without Bond; Court Reporter: Lisa Bankins; Defense Attorney: Eugene Ohm; US Attorney: Steven Wasserman; |

Case 1:20-cr-00121-CJN   Document 83   Filed 05/25/21   Page 4 of 25   Page 5 of 13
District of Columbia live database
USCA Case #21-3032      Document #1900067        Filed: 05/25/2021      Page 4 of 25

| | | Pretrial Officer: Christine Schuck; Witnesses: John Cramer (IT). (ztl) [1:20-mj-00068-DAR] (Entered: 05/22/2020) |
|---|---|---|
| 05/27/2020 | | Minute Entry for proceedings held before Magistrate Judge G. Michael Harvey: Preliminary Hearing as to THEODORE B. DOUGLAS held on 5/27/2020. Court finds Probable Cause in this case. Bond Status of Defendant: Defendant Committed/Commitment Issued; Court Reporter: Lisa Edwards; Defense Attorney: Eugene Ohm; US Attorney: Steve Wasserman; Pretrial Officer: Christine Schuck; Witnesses: Maxwell Poupart (Metropolitan Police Department) (zpt) [1:20-mj-00068-DAR] (Entered: 05/28/2020) |
| 06/15/2020 | 19 | TRANSCRIPT OF VIDEO-TELECONFERENCE PRELIMINARY HEARING in case as to THEODORE B. DOUGLAS before Magistrate Judge G. Michael Harvey held on May 27, 2020; Page Numbers: 1-54. Date of Issuance: June 15, 2020. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354-3269. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/6/2020. Redacted Transcript Deadline set for 7/16/2020. Release of Transcript Restriction set for 9/13/2020.(Edwards, Lisa) [1:20-mj-00068-DAR] (Entered: 06/15/2020) |
| 07/10/2020 | 22 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by THEODORE B. DOUGLAS (Ohm, Eugene) [1:20-mj-00068-DAR] (Entered: 07/10/2020) |
| 07/13/2020 | | MINUTE ORDER as to Defendant #2 THEODORE B. DOUGLAS. DIRECTING the government to respond by 2:00 PM on July 15, 2020, to the defendant's 22 Appeal of Magistrate Judge Decision to District Court. It is SO ORDERED. Signed by Chief Judge Beryl A. Howell on 7/13/2020. (ztg) [1:20-mj-00068-DAR] (Entered: 07/13/2020) |
| 07/13/2020 | | NOTICE OF HEARING as to THEODORE B. DOUGLAS. The parties shall take notice that the Appeal Hearing on the Defendant's 22 Appeal of Magistrate Judge Decision is scheduled for 7/17/2020, at 1:00 PM via video conference before Chief Judge Beryl A. Howell. Video conference connection details will be provided by the deputy clerk. (ztg) [1:20-mj-00068-DAR] (Entered: 07/13/2020) |

Case 1:20-cr-00121-CJN   Document 83   Filed 05/25/21   Page 5 of 25   Page 6 of 13
District of Columbia live database
USCA Case #21-3032      Document #1900067        Filed: 05/25/2021      Page 5 of 25

| 07/15/2020 | 23 | RESPONSE by USA as to THEODORE B. DOUGLAS re 22 Appeal of Magistrate Judge Decision to District Court (Attachments: # 1 Exhibit A) (Wasserman, Steven) [1:20-mj-00068-DAR] (Entered: 07/15/2020) |
|---|---|---|
| 07/17/2020 |  | Minute Entry for proceedings held before Chief Judge Beryl A. Howell: Appeal of Magistrate Judge's Decision/Detention Hearing via video conference as to Defendant #2 THEODORE B. DOUGLAS held on 7/17/2020. The Defendant agreed to appear via video conference at this hearing. Argument heard, Magistrate Judge's detention ruling AFFIRMED. Request for a hearing before the magistrate by Counsel for the Defendant, granted. Hearing tentatively scheduled for 7/31/2020, at 1:00 PM before Magistrate Judge Deborah A. Robinson. Bond Status of Defendant: Defendant committed. Present: Defense Attorney: Eugene Ohm; US Attorney: Steven B. Wasserman; Pretrial Officer: Christine Schuck. Court Reporter: Elizabeth Saint-Loth. (ztg) [1:20-mj-00068-DAR] (Entered: 07/17/2020) |
| 07/21/2020 | 24 | INDICTMENT as to TAVONTE WILLIAMS (1) count 1, THEODORE B. DOUGLAS (2) count(s) 2. (FORFEITURE ALLEGATION). (bb) Modified text on 7/21/2020 (bb). (Entered: 07/21/2020) |
| 07/28/2020 |  | MINUTE ORDER as to THEODORE B. DOUGLAS (2): Arraignment/Initial Status Conference set for 7/31/2020 at 10:00 AM in Telephonic/VTC before Judge Carl J. Nichols. So Ordered by Judge Carl J. Nichols on 7/28/2020. (zcal) (Entered: 07/28/2020) |
| 07/31/2020 |  | Minute Entry for proceedings held before Judge Carl J. Nichols: Initial Status Conference as to TAVONTE WILLIAMS (1) and Initial Status Conference/Arraignment as to THEODORE B. DOUGLAS (2) held on 7/31/2020. Not Guilty Plea as to Count 2 by THEORDORE B. DOUGLAS (2). Further Minute Order to be issued by the Court. Speedy Trial is excluded as to TAVONTE WILLIAMS (1) and THEODORE B. DOUGLAS (2) from 7/31/2020 to 9/24/2020, in the Interest of Justice, XT. Motion Hearing set for 9/24/2020 at 10:00 AM in Telephonic/VTC before Judge Carl J. Nichols. Bond Status of Defendant: Defendant Williams remains on Personal Recognizance/ Defendant Douglas remains Committed; Court Reporter: Lisa Moreira; Defense Attorney: John Marston (1) and Eugene Ohm (2); US Attorney: Steven Wasserman; Pretrial Officer: John Copes. (zcal) Modified on 7/31/2020 to include speedy trial information. (zcal) (Entered: 07/31/2020) |
| 07/31/2020 |  | MINUTE ORDER as to TAVONTE WILLIAMS (1) and THEODORE B. DOUGLAS (2). In light of the July 31, 2020 Status Conference, it is hereby ORDERED that the following pretrial motions briefing schedule applies: (1) on or before August 21, 2020, the Parties shall file all pretrial motions; (2) on or before September 4, 2020, the Parties shall file oppositions to the pretrial motions; and (3) on or before September 18, 2020, the Parties shall file replies in support of their pretrial motions. It is further ORDERED that a pretrial motions hearing is scheduled for September 24, 2020, at 10 AM. The Court shall decide whether the pretrial motions hearing will be held in person or via remote means as that date approaches. It is further ORDERED that the Parties shall make expert disclosures on or before September 4, 2020. The |

| | | above dates are subject to change given the uncertain nature of the current COVID-19 pandemic. It is so ORDERED. Signed by Judge Carl J. Nichols on July 31, 2020. (lccjn1) (Entered: 07/31/2020) |
|---|---|---|
| 08/20/2020 | 28 | MOTION for 404(b) Evidence *Government's Motion to Admit 404(b) Evidence and to Impeach Defendants With Prior Convictions Pursuant to Fed. R. Evid. 609* by USA as to TAVONTE WILLIAMS, THEODORE B. DOUGLAS. (Attachments: # 1 Exhibit A)(Wasserman, Steven) (Entered: 08/20/2020) |
| 08/21/2020 | 31 | MOTION to Suppress *Tangible Evidence* by THEODORE B. DOUGLAS. (Ohm, Eugene) (Entered: 08/21/2020) |
| 08/31/2020 | 32 | Unopposed MOTION for Leave to File by THEODORE B. DOUGLAS. (Attachments: # 1 Text of Proposed Order)(Ohm, Eugene) (Entered: 08/31/2020) |
| 08/31/2020 | 33 | MOTION to Suppress *Identifications* by THEODORE B. DOUGLAS. (Ohm, Eugene) (Entered: 08/31/2020) |
| 09/02/2020 | | MINUTE ORDER as to THEODORE B. DOUGLAS (2). Upon review of Defendant's 32 Unopposed Motion for Leave to File, it is hereby ORDERED that the Motion is GRANTED. Defendant's 33 Motion to Suppress Identifications is DEEMED timely filed. Signed by Judge Carl J. Nichols on September 2, 2020. (lccjn1) (Entered: 09/02/2020) |
| 09/04/2020 | 34 | Memorandum in Opposition by USA as to THEODORE B. DOUGLAS re 31 MOTION to Suppress *Tangible Evidence* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Wasserman, Steven) (Entered: 09/04/2020) |
| 09/04/2020 | 35 | Memorandum in Opposition by USA as to TAVONTE WILLIAMS, THEODORE B. DOUGLAS re 30 MOTION to Suppress *Identification*, 33 MOTION to Suppress *Identifications* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Wasserman, Steven) (Entered: 09/04/2020) |
| 09/04/2020 | 37 | NOTICE *of Filing of Experts* by USA as to TAVONTE WILLIAMS, THEODORE B. DOUGLAS (Attachments: # 1 Notice to Counsel/Party Expert Notice)(Wasserman, Steven) (Entered: 09/04/2020) |
| 09/04/2020 | 39 | Memorandum in Opposition by THEODORE B. DOUGLAS re 28 MOTION for 404(b) Evidence *Government's Motion to Admit 404(b) Evidence and to Impeach Defendants With Prior Convictions Pursuant to Fed. R. Evid. 609* (Ohm, Eugene) (Entered: 09/04/2020) |
| 09/16/2020 | | Set/Reset Hearings as to TAVONTE WILLIAMS (1) and THEODORE B. DOUGLAS (2):Telephone Status Conference set for 9/18/2020 at 10:00 AM in Telephonic/VTC before Judge Carl J. Nichols. (zcal) (Entered: 09/16/2020) |
| 09/18/2020 | | Minute Entry for proceedings held before Judge Carl J. Nichols: Telephone Status Conference as to TAVONTE WILLIAMS (1) and THEODORE B. DOUGLAS (2) held on 9/18/2020. Parties are to give an update about travel and availability by 9/21/2020 at 5:00 PM for hearing scheduled for 9/24/2020. Bond Status of Defendant: Defendant Williams (1) remains on Personal Recognizance/ Defendant Douglas (2) remains Committed; Court Reporter: |

Case 1:20-cr-00121-CJN   Document 83   Filed 05/25/21   Page 7 of 25   Page 8 of 13
District of Columbia live database
USCA Case #21-3032   Document #1900067         Filed: 05/25/2021      Page 7 of 25

| | | Lorraine Herman; Defense Attorney: John Marston (1) and Eugene Ohm (2); US Attorney: Steven Wasserman. (zcal) (Entered: 09/18/2020) |
|---|---|---|
| 09/18/2020 | 41 | REPLY TO OPPOSITION to Motion by USA as to TAVONTE WILLIAMS, THEODORE B. DOUGLAS re 28 MOTION for 404(b) Evidence *Government's Motion to Admit 404(b) Evidence and to Impeach Defendants With Prior Convictions Pursuant to Fed. R. Evid. 609* (Wasserman, Steven) (Entered: 09/18/2020) |
| 09/18/2020 | 42 | ENTERED IN ERROR.....REPLY TO OPPOSITION to Motion by THEODORE B. DOUGLAS re 31 MOTION to Suppress *Tangible Evidence* (Ohm, Eugene) Modified on 9/21/2020 (zhsj). (Entered: 09/18/2020) |
| 09/18/2020 | | NOTICE OF CORRECTED DOCKET ENTRY: as to THEODORE B. DOUGLAS re 42 Reply to opposition to Motion was entered in error and counsel was instructed to refile said pleading. Document filed as a motion and not as a reply. (zhsj) (Entered: 09/21/2020) |
| 09/23/2020 | | Set/Reset Hearings as to TAVONTE WILLIAMS (1) and THEODORE B. DOUGLAS (2): Evidentiary Hearing RESET for 10/20/2020 at 10:30 AM in Ceremonial Courtroom before Judge Carl J. Nichols. (zcal) (Entered: 09/23/2020) |
| 10/02/2020 | 43 | NOTICE *of Filing* by THEODORE B. DOUGLAS (Ohm, Eugene) (Entered: 10/02/2020) |
| 10/15/2020 | 44 | SURREPLY by USA as to THEODORE B. DOUGLAS re 45 Defendant's Reply to Government's Opposition to 31 Defendant's Motion to Suppress Tangible Evidence (Wasserman, Steven) Modified Text on 10/22/2020 (zhsj). (Entered: 10/15/2020) |
| 10/20/2020 | 45 | REPLY TO OPPOSITION to Motion by THEODORE B. DOUGLAS re 31 MOTION to Suppress *Tangible Evidence (refiling)* (Ohm, Eugene) (Entered: 10/20/2020) |
| 10/20/2020 | | Minute Entry for proceedings held before Judge Carl J. Nichols: Evidentiary Hearing as to TAVONTE WILLIAMS (1) and THEODORE B. DOUGLAS (2) held on 10/20/2020. Supplemental Briefs due by 11/3/2020. Bond Status of Defendant: Defendant Williams (1) remains on Personal Recognizance; Defendant Douglas (2) Committed/ Commitment Issued; Court Reporter: Lorraine Herman; Defense Attorney: John Marston (01) and Eugene Ohm (02); US Attorney: Steven Wasserman. Witnesses: Officer Isaac Jackson, Officer Maxwell Poupart, and Officer Brianna Taylor (zcal) (Entered: 10/20/2020) |
| 10/20/2020 | 47 | EXHIBIT LIST by USA as to TAVONTE WILLIAMS (1) and THEODORE B. DOUGLAS (2). (zcal) (Entered: 10/20/2020) |
| 10/20/2020 | 49 | EXHIBIT LIST by THEODORE B. DOUGLAS (2). (zcal) (Entered: 10/20/2020) |
| 10/26/2020 | 50 | TRANSCRIPT OF PROCEEDINGS in case as to TAVONTE WILLIAMS, THEODORE B. DOUGLAS before Judge Carl J. Nichols held on October 20, 2020; Page Numbers: 209. Date of Issuance: October 26, 2020. Court |

| | | |
|---|---|---|
| | | Reporter/Transcriber Lorraine Herman, Telephone number 202-354-3196, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public te rminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 11/16/2020. Redacted Transcript Deadline set for 11/26/2020. Release of Transcript Restriction set for 1/24/2021.(Herman, Lorraine) (Entered: 10/26/2020) |
| 11/03/2020 | 51 | SUPPLEMENT by USA as to THEODORE B. DOUGLAS re 34 Memorandum in Opposition, 44 Surreply to Defendant's Reply to Government's Opposition to 31 Defendant's Motion to Suppress Tangible Evidence. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Wasserman, Steven) Modified Text on 11/5/2020 (zhsj). (Entered: 11/03/2020) |
| 11/03/2020 | 52 | SUPPLEMENT by USA as to TAVONTE WILLIAMS, THEODORE B. DOUGLAS re 35 Memorandum in Opposition, (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Wasserman, Steven) (Entered: 11/03/2020) |
| 11/03/2020 | 53 | SUPPLEMENT by THEODORE B. DOUGLAS re 31 MOTION to Suppress *Tangible Evidence* (Ohm, Eugene) (Entered: 11/03/2020) |
| 11/17/2020 | 55 | SUPPLEMENT by THEODORE B. DOUGLAS re 31 MOTION to Suppress *Tangible Evidence* (Ohm, Eugene) (Entered: 11/17/2020) |
| 12/10/2020 | 56 | ORDER. Signed by Judge Carl J. Nichols on December 10, 2020. (lccj1) (Entered: 12/10/2020) |
| 12/10/2020 | 57 | MEMORANDUM OPINION. Signed by Judge Carl J. Nichols on December 10, 2020. (lccjn1) (Entered: 12/10/2020) |
| 12/15/2020 | | MINUTE ORDER. It is ORDERED that a telephonic status conference in this matter is set for January 4, 2021, at 10 a.m. Furthermore, finding that the ends of justice are best served and outweigh the interest of the public and Defendants in a speedy trial, it is ORDERED that the time between December 15, 2020, and January 4, 2021, shall be excluded in computing time within which the trial must commence in this case under the Speedy Trial Act. |

| | | Signed by Judge Carl J. Nichols on December 15, 2020. (lccjn1) (Entered: 12/15/2020) |
|---|---|---|
| 12/15/2020 | | Set/Reset Hearings as to TAVONTE WILLIAMS (1) and THEODORE B. DOUGLAS (2): Status Conference set for 1/4/2021 at 10:00 AM in Telephonic/VTC before Judge Carl J. Nichols. Speedy Trial as to TAVONTE WILLIAMS (1) and THEODORE B. DOUGLAS (2), is Excluded from 12/15/2020 to 1/4/2021, in the Interest of Justice, XT. (zcal) (Entered: 12/15/2020) |
| 01/04/2021 | | Minute Entry for proceedings held before Judge Carl J. Nichols: Telephone Status Conference as to TAVONTE WILLIAMS (1) and THEODORE B. DOUGLAS (2) held on 1/4/2021. Jury Selection/Jury Trial set for 4/12/2021 at 09:00 AM in Ceremonial Courtroom before Judge Carl J. Nichols. Further Orders to be issued by the Court. Bond Status of Defendant: Defendant Williams remains on Personal Recognizance/ Defendant Douglas remains Committed; Court Reporter: Lorraine Herman; Defense Attorney: John Marston (01) and Eugene Ohm (02); US Attorney: Steve Wasserman; Pretrial Officer: John Copes. (zcal) (Entered: 01/04/2021) |
| 01/04/2021 | | MINUTE ORDER. Finding that the ends of justice are best served and outweigh the interest of the public and Defendants in a speedy trial, it is hereby ORDERED that the time between January 4, 2021, and April 12, 2021, shall be excluded in computing time within which the trial must commence in this case under the Speedy Trial Act. Furthermore, consistent with the Due Process Protections Act, and Local Criminal Rule 5.1, the government shall disclose to the defense all information "favorable to an accused" that is "material either to guilt or to punishment" under *Brady v. Maryland*, 373 U.S. 83, 87 (1963), and that is known to the government. If the government fails to do so, the Court, in addition to ordering production of the information, may: (1) specify the terms and conditions of such production; (2) grant a continuance; (3) impose evidentiary sanctions; or (4) enter any other order that is just under the circumstances. *See* LCrR 5.1. Signed by Judge Carl J. Nichols on January 4, 2021. (lccjn1) (Entered: 01/04/2021) |
| 02/26/2021 | | Set/Reset Hearings as to TAVONTE WILLIAMS (1) and THEODORE B. DOUGLAS (2): Scheduling Conference set for 3/1/2021 at 10:30 AM in Telephonic/VTC before Judge Carl J. Nichols. (zcal) (Entered: 02/26/2021) |
| 03/01/2021 | | Minute Entry for proceedings held before Judge Carl J. Nichols: Telephone Status /Scheduling Conference as to TAVONTE WILLIAMS (1) and THEODORE B. DOUGLAS (2) held on 3/1/2021. Further hearing and trial date to be scheduled. Bond Status of Defendant: Defendant Williams (1) remains on Personal Recognizance; Defendant Douglas (2) remains Committed; Court Reporter: Lorraine Herman Defense Attorney: John Marston (1) and Eugene Ohm (2); US Attorney: Steven Wasserman. (zcal) (Entered: 03/01/2021) |
| 03/01/2021 | | MINUTE ORDER as to TAVONTE WILLIAMS (1) and THEODORE B. DOUGLAS (2): Plea Agreement Hearing set for 3/9/2021 at 03:00 PM in Telephonic/VTC before Judge Carl J. Nichols as to THEODORE B. DOUBLAS (2). Status Conference set for 3/9/2021 at 03:00 PM in |

| | | |
|---|---|---|
| | | Telephonic/VTC before Judge Carl J. Nichols as to TAVONTE WILLIAMS (1). So Ordered by Judge Carl J. Nichols on 3/1/2021. (zcal) (Entered: 03/01/2021) |
| 03/09/2021 | | Minute Entry for proceedings held before Judge Carl J. Nichols: Plea Agreement Hearing as to THEODORE B. DOUGLAS (2) and Video Status Conference as to TAVONTE WILLIAMS (1) began on 3/9/2021. Plea Agreement Hearing continued to 3/12/2021 at 01:00 PM as to THEODORE B. DOUGLAS (2) and Status Conference continued to 3/12/2021 at 01:00 PM as to TAVONTE WILLIAMS (1) in Telephonic/VTC before Judge Carl J. Nichols. Bond Status of Defendant: Defendant Williams remains on Persoal Recognizance and Defendant Douglas remains Committed; Court Reporter: Lorraine Herman; Defense Attorney: John Marston (1) and Eugene Ohm (2); US Attorney: Steven Wasserman; Pretrial Officer: John Copes. (zcal) (Entered: 03/09/2021) |
| 03/12/2021 | | MINUTE ORDER as to TAVONTE WILLIAMS (1) and THEODORE B. DOUGLAS (2): It is hereby ORDERED that the hearing scheduled for March 12, 2021, is CONTINUED until March 16, 2021, at 1:00 p.m. Signed by Judge Carl J. Nichols on March 12, 2021. (lccjn2) Modified to add defendant names on 3/12/2021 (zkh). (Entered: 03/12/2021) |
| 03/12/2021 | | NOTICE OF HEARING **(Time Change)** as to TAVONTE WILLIAMS (1) and THEODORE B. DOUGLAS (2): VTC Plea Agreement Hearing and Status Conference set for 3/16/2021 at **1:45 PM** before Judge Carl J. Nichols. (zkh) (Entered: 03/12/2021) |
| 03/15/2021 | | Set/Reset Hearings as to TAVONTE WILLIAMS (1) and THEODORE B. DOUGLAS (2): Plea Agreement Hearing RESET for 3/17/2021 at 01:00 PM in Telephonic/VTC before Judge Carl J. Nichols as to THEODORE B. DOUGLAS (2). Status Conference set for 3/17/2021 at 01:00 PM in Telephonic/VTC before Judge Carl J. Nichols as to TAVONTE WILLIAMS (1). (zcal) (Entered: 03/15/2021) |
| 03/17/2021 | | Minute Entry for proceedings held before Judge Carl J. Nichols: Video Plea Agreement Hearing as to THEODORE B. DOUGLAS (2) held on 3/17/2021. Guilty Plea entered by THEODORE B. DOUGLAS (2) as to Count 2. REFERRAL TO PROBATION OFFICE for Presentence Investigation as to THEODORE B. DOUGLAS (2). Sentencing Memorandum due by 4/23/2021. Sentencing set for 4/30/2021 at 02:00 PM in Telephonic/VTC before Judge Carl J. Nichols. Bond Status of Defendant: Defendant remains Committed; Court Reporter: Lorraine Herman; Defense Attorney: Eugene Ohm; US Attorney: Steven Wasserman; Pretrial Officer: John Copes. (zcal) (Entered: 03/17/2021) |
| 03/17/2021 | 62 | PLEA AGREEMENT as to THEODORE B. DOUGLAS (2). (zcal) (Entered: 03/17/2021) |
| 03/17/2021 | 63 | STATEMENT OF OFFENSE by USA as to THEODORE B. DOUGLAS (2). (zcal) (Entered: 03/17/2021) |
| 03/17/2021 | 64 | |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                              |
|------------|----|----|
|            |    | WAIVER of Trial by Jury as to THEODORE B. DOUGLAS (2). Approved by Judge Carl J. Nichols on 3/17/2021. (zcal) (Entered: 03/17/2021)                                                                                                                                                                                                                                                                                                                                                                 |
| 04/23/2021 | 68 | MOTION for Leave to File *Motion to Late File Government's Sentencing Memorandum* by USA as to THEODORE B. DOUGLAS. (Attachments: # 1 Text of Proposed Order)(Wasserman, Steven) (Entered: 04/23/2021)                                                                                                                                                                                                                                                                                               |
| 04/23/2021 | 69 | SENTENCING MEMORANDUM by THEODORE B. DOUGLAS (Attachments: # 1 Exhibit)(Ohm, Eugene) (Entered: 04/23/2021)                                                                                                                                                                                                                                                                                                                                                                                           |
| 04/26/2021 | 70 | SENTENCING MEMORANDUM by USA as to THEODORE B. DOUGLAS (Wasserman, Steven) (Entered: 04/26/2021)                                                                                                                                                                                                                                                                                                                                                                                                   |
| 04/27/2021 |    | Set/Reset Hearings as to THEODORE B. DOUGLAS (2): Sentencing RESET for 5/5/2021 at 11:00 AM in Telephonic/VTC before Judge Carl J. Nichols. (zcal) (Entered: 04/27/2021)                                                                                                                                                                                                                                                                                                                            |
| 04/28/2021 |    | Set/Reset Hearings as to THEODORE B. DOUGLAS (2): Sentencing RESET for 5/4/2021 at 09:00 AM in Telephonic/VTC before Judge Carl J. Nichols. (zcal) (Entered: 04/28/2021)                                                                                                                                                                                                                                                                                                                            |
| 04/28/2021 |    | MINUTE ORDER. After review of the government's 68 Motion for Leave to File the Government's Sentencing Memorandum, it is hereby ORDERED that the Motion is granted. It is further ORDERED that the government shall file its Sentencing Memorandum by April 29, 2021. Signed by Judge Carl J. Nichols on April 28, 2021. (lccjn1) (Entered: 04/28/2021)                                                                                                                                                 |
| 04/28/2021 |    | Set/Reset Deadlines as to THEODORE B. DOUGLAS (2): Government Sentencing Memorandum due by 4/29/2021. (zcal) (Entered: 04/29/2021)                                                                                                                                                                                                                                                                                                                                                                  |
| 04/30/2021 | 71 | PRE-TRIAL SCHEDULING ORDER. Signed by Judge Carl J. Nichols on April 30, 2021. (lccjn1) (Entered: 04/30/2021)                                                                                                                                                                                                                                                                                                                                                                                      |
| 05/03/2021 | 72 | SUPPLEMENT by THEODORE B. DOUGLAS re 69 Sentencing Memorandum (Ohm, Eugene) (Entered: 05/03/2021)                                                                                                                                                                                                                                                                                                                                                                                                  |
| 05/04/2021 | 73 | AMENDED PLEA AGREEMENT as to THEODORE B. DOUGLAS (2). (zcal) (Entered: 05/04/2021)                                                                                                                                                                                                                                                                                                                                                                                                                 |
| 05/04/2021 |    | Minute Entry for proceedings held before Judge Carl J. Nichols: Video Sentencing held on 5/4/2021 as to THEODORE B. DOUGLAS (2): Count 2. Defendant sentenced to a term of Fifteen (15) Months of Incarceration followed by Thirty-Six (36) Months of Supervised Release (with conditions). Defendant further ordered to pay a special assessment of $100.00. No fine imposed. Bond Status of Defendant: Defendant remains Committed; Court Reporter: Lorraine Herman; Defense Attorney: Eugene Ohm; US Attorney: Steven Wasserman; Probation Officer: Aidee Gavito. (zcal) (Entered: 05/04/2021) |
| 05/04/2021 | 76 | JUDGMENT as to THEODORE B. DOUGLAS. Statement of Reasons Not Included.. Signed by Judge Carl J. Nichols on 05/4/2021. (zstd) (Entered: 05/05/2021)                                                                                                                                                                                                                                                                                                                                                  |
| 05/04/2021 | 77 | STATEMENT OF REASONS as to THEODORE B. DOUGLAS re 76 Judgment Access to the PDF Document is restricted per Judicial Conference                                                                                                                                                                                                                                                                                                                                                                      |

| | | Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Carl J. Nichols on 05/4/2021. (zstd) (Entered: 05/05/2021) |
|---|---|---|
| 05/14/2021 | 81 | ENTERED IN ERROR.....NOTICE OF APPEAL - Final Judgment by THEODORE B. DOUGLAS re 56 Order on Motion to Sever Defendant, Order on Motion to Suppress, Order on Motion for 404(b) Evidence,,. Fee Status: No Fee Paid. Parties have been notified. (Ohm, Eugene) Modified on 5/25/2021 (zstd). (Entered: 05/14/2021) |
| 05/14/2021 | | NOTICE OF CORRECTED DOCKET ENTRY: as to THEODORE B. DOUGLAS re 81 Notice of Appeal - Final Judgment, was entered in error and counsel refiled said pleading as docket entry 82 . (zstd) (Entered: 05/25/2021) |
| 05/24/2021 | 82 | NOTICE OF APPEAL - Final Judgment by THEODORE B. DOUGLAS re 56 Order on Motion to Sever Defendant, Order on Motion to Suppress, Order on Motion for 404(b) Evidence,,. Fee Status: No Fee Paid. Parties have been notified. (Ohm, Eugene) (Entered: 05/24/2021) |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **vs.** | : | **Criminal No.: 20-CR-121 (CJN)** |
| **THEODORE DOUGLAS,** | : | |
| **Defendant.** | : | |

## NOTICE OF APPEAL

**Name and address of appellant:**          Theodore Douglas

**Name and address of appellant's attorney:**          Eugene Ohm
Assistant Federal Public Defender
Office of the Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004

**Offense**: 18:922(g)(1); UNLAWFUL TRANSPORT OF FIREARMS, ETC.

**Concise statement of judgment or order, giving date, and any sentence:**  Defendant sentenced to a term of Fifteen (15) Months of Incarceration followed by Thirty-Six (36) Months of Supervised Release (with conditions). Defendant further ordered to pay a special assessment of $100.00. No fine imposed.

**Name of institution where now confined, if not on bail:**  Central Detention Facility
Washington, D.C.

   **I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.**

May 14, 2021_____          Theodore Douglas_____
DATE          APPELLANT

CJA, NO FEE _____ FPD_____          Eugene Ohm_____
PAID USDC FEE ___ NO_____          ATTORNEY FOR APPELLANT
PAID USCA FEE ___ NO_____

Does counsel wish to appear on appeal? Yes

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes

# UNITED STATES DISTRICT COURT

### District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) |
| Theodore B. Douglas | ) Case Number:  CR 20-121-02 (CJN) |
| | ) USM Number:  51430-007 |
| | ) Eugene Ohm |
| | ) Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)   2 of the Indictment filed on 7/21/2021

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 § 922(g)(1) | UNLAWFUL TRANSPORT OF FIREARMS, ETC.; Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a | 4/22/2020 | 2 |

The defendant is sentenced as provided in pages 2 through _____8_____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____   ☐ is   ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

5/4/2021
Date of Imposition of Judgment

Signature of Judge

Carl J. Nichols      U.S. District Judge
Name and Title of Judge

5/4/2021
Date

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1A

Judgment—Page   2   of   8

DEFENDANT:  Theodore B. Douglas
CASE NUMBER:  CR 20-121-02 (CJN)

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| | Term Exceeding One Year. | | |

Judgment — Page   3   of   8

DEFENDANT:   Theodore B. Douglas
CASE NUMBER:   CR 20-121-02 (CJN)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
Fifteen (15) Months

☐   The court makes the following recommendations to the Bureau of Prisons:

☑   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

     ☐   at _____ ☐ a.m.   ☐ p.m.   on _____ .

     ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐   before 2 p.m. on _____ .

     ☐   as notified by the United States Marshal.

     ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page __4__ of __8__

DEFENDANT:  Theodore B. Douglas
CASE NUMBER:  CR 20-121-02 (CJN)

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

Thirty-Six (36) Months

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page **5** of **8**

DEFENDANT: Theodore B. Douglas
CASE NUMBER: CR 20-121-02 (CJN)

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____     Date _____

AO 245B (Rev. 09/19) Judgment in a Criminal Case
USCA Case #... Document #1900067       Filed: 05/25/2021     Page 19 of 25
Sheet 3D — Supervised Release

Judgment—Page __6__ of __8__

DEFENDANT: Theodore B. Douglas
CASE NUMBER: CR 20-121-02 (CJN)

## SPECIAL CONDITIONS OF SUPERVISION

Educational/Vocational Training - You shall participate in an educational/vocational skills training program as approved and directed by the Probation Office.

Substance Abuse Treatment -You must participate in an inpatient and/or outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

Substance Abuse Testing - You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

Mental Health Treatment - You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

Case 1:20-cr-00121-CJN Document 83 Filed 05/25/21 Page 20 of 25
AO 245B (Rev. 09/19) Judgment in a Criminal Case Document #1900067 Filed: 05/25/2021 Page 20 of 25
Sheet 5 — Criminal Monetary Penalties

Judgment — Page  7  of  8

DEFENDANT: Theodore B. Douglas
CASE NUMBER: CR 20-121-02 (CJN)

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 100.00 | $ | $ | $ | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss***\* | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|

| **TOTALS** | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the ☐ fine ☐ restitution.

  ☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                        Sheet 6 — Schedule of Payments

Judgment — Page __8__ of __8__

DEFENDANT: Theodore B. Douglas
CASE NUMBER: CR 20-121-02 (CJN)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☑ Lump sum payment of $ __100.00__ due immediately, balance due

   ☐ not later than _____ , or
   ☐ in accordance with ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
   _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
   _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a
   term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from
   imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:
   The financial obligations are immediately payable to the Clerk of the Court for the US District Court, 333
   Constitution Ave NW, Washington, DC 20001. Within 30 days of any change of address, you shall notify the Clerk
   of the Court of the change until such time as the financial obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during
the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate
Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

   Case Number
   Defendant and Co-Defendant Names                                    Joint and Several          Corresponding Payee,
   *(including defendant number)*          Total Amount                Amount                     if appropriate

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☑ The defendant shall forfeit the defendant's interest in the following property to the United States:
   Pursuant to Rule 32.2(a) of the Fed. Rules of Crim Proc., you, Theodore B. Douglas, are ordered to forfeit a Sig Sauer
   P320 semi-automatic pistol, magazine, and 13 rounds of .40 caliber ammunition.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment,
(5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of
prosecution and court costs.

District of Columbia live database-Display Receipt Case 1:20-cr-00121-CJN Document 83 Filed 05/25/21 Page 22 of 25 Page 1 of 2

USCA Case #21-3032    Document #1900067    Filed: 05/25/2021    Page 22 of 25

```
MIME-Version:1.0
From:DCD_ECFNotice@dcd.uscourts.gov
To:DCD_ECFNotice@localhost.localdomain
Bcc:
--Case Participants: John Peter Marston (jmarston@foleyhoag.com), Eugene Ohm
(eugene_ohm@fd.org, montserrat_a_fernandez@fd.org), Steven B. Wasserman
(caseview.ecf@usdoj.gov, katie.thomas@usdoj.gov, kim.e.hall@usdoj.gov,
steve.wasserman@usdoj.gov, usadc.criminaldocket@usdoj.gov,
usadc.ecfnarcotics@usdoj.gov, usadc.ecfvcnt@usdoj.gov), Judge Carl J. Nichols
(chashawn_white@dcd.uscourts.gov, cjn_dcdecf@dcd.uscourts.gov,
courtney_lesley@dcd.uscourts.gov, donna_farag@dcd.uscourts.gov,
douglas_gates@dcd.uscourts.gov, jessica_joyce@dcd.uscourts.gov,
john_boule@dcd.uscourts.gov, marcus_bauer@dcd.uscourts.gov,
zachary_enos@dcd.uscourts.gov)
--Non Case Participants: AUSA Document Clerk (adavis@usa.doj.gov, carolyn.carter-
mckinley@usdoj.gov, usadc.criminaldocket@usdoj.gov, usadc.ecfhov@usdoj.gov),
Pretrial Notification (psadistrictcourtgroup@psa.gov), Probation Court Notices
(dcpdb_probation_court_notices@dcp.uscourts.gov)
--No Notice Sent:

Message-Id:<7111568@dcd.uscourts.gov>
Subject:Activity in Case 1:20-cr-00121-CJN USA v. WILLIAMS et al Sentencing
Content-Type: text/html
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### District of Columbia

#### Notice of Electronic Filing

The following transaction was entered on 5/4/2021 at 11:13 AM and filed on 5/4/2021
**Case Name:**         USA v. WILLIAMS et al
**Case Number:**     1:20-cr-00121-CJN
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Minute Entry for proceedings held before Judge Carl J. Nichols: Video Sentencing held on 5/4/2021 as to THEODORE B. DOUGLAS (2): Count 2. Defendant sentenced to a term of Fifteen (15) Months of Incarceration followed by Thirty-Six (36) Months of Supervised Release (with conditions). Defendant further ordered to pay a special assessment of $100.00. No fine imposed. Bond Status of Defendant: Defendant remains Committed;**

**Court Reporter: Lorraine Herman; Defense Attorney: Eugene Ohm; US Attorney: Steven Wasserman; Probation Officer: Aidee Gavito. (zcal)**

**1:20-cr-00121-CJN-2 Notice has been electronically mailed to:**

Steven B. Wasserman    steve.wasserman@usdoj.gov, CaseView.ECF@usdoj.gov, Kim.E.Hall@usdoj.gov, USADC.CriminalDocket@usdoj.gov, katie.thomas@usdoj.gov, usadc.ecfnarcotics@usdoj.gov, usadc.ecfvcnt@usdoj.gov

John Peter Marston    jmarston@foleyhoag.com

Eugene Ohm    eugene_ohm@fd.org, montserrat_a_fernandez@fd.org

**1:20-cr-00121-CJN-2 Notice will be delivered by other means to::**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    v.

TAVONTE WILLIAMS, et al.,

       *Defendants*.

Criminal Action No. 1:20-cr-00121 (CJN)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the government's Motion to Admit Other Crimes Evidence and to

Impeach the Defendants with their Prior Convictions, ECF No. 28, is **GRANTED IN PART** and

**DENIED IN PART**. It is further

**ORDERED** that the Court finds admissible under Rule 404(b):

1. Douglas's 2013 conviction for unlawful possession of a firearm;

2. Douglas's picture from November 19, 2019, showing him in possession of a gun;

3. Douglas's video from a May 8, 2019 text thread showing him firing a weapon;

4. Douglas's text message exchanges from February 6, 2020, and February 15, 2020; and

5. Williams's and Douglas's text message exchange from February 26, 2020. It is

further

**ORDERED** that the Court will exclude under Rule 404(b):

1. Douglas's 2010 conviction for carrying a handgun; and

2. Douglas's 2006 picture in which he is holding a firearm. It is further

**ORDERED** that the Court finds admissible under Rule 609:

1. Douglas's 2013 conviction for unlawful possession of a firearm;

1

2. Williams's 2017 conviction for distribution of PCP; and

3. Williams's 2017 conviction for possession of PCP.  It is further

**ORDERED** that the Court will exclude under Rule 609:

1. Douglas's 2010 conviction for carrying a handgun.  It is further

**ORDERED** that Defendant Williams's Motion to Sever Defendants' Trials, ECF 29, and

Motion to Suppress Identification, ECF 30, are **DENIED**.  It is further

**ORDERED** that Defendant Douglas's Motion to Suppress Tangible Evidence, ECF 31,

and Motion to Suppress Identification Testimony, ECF 33, are **DENIED**.

It is so **ORDERED**.

DATE:  December 10, 2020

CARL J. NICHOLS
United States District Judge

2