# United States Court of Appeals
**District of Columbia Circuit**
**Washington, D.C. 20001-2866**

**Case Caption:** _____

v.    **Case No:** _____

_____

## ENTRY OF APPEARANCE

**Party Information**

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

❑ Appellant(s)/Petitioner(s)    ❑ Appellee(s)/Respondent(s)    ❑ Intervenor(s)    ❑ Amicus Curiae

_____    _____

_____    _____

_____    _____

_____    _____
Names of Parties                                                                  Names of Parties

**Counsel Information**

Lead Counsel:_____

Direct Phone:_____    Fax: _____    Email: _____

2nd Counsel:_____

Direct Phone:_____    Fax: _____    Email: _____

3rd Counsel:_____

Direct Phone:_____    Fax: _____    Email: _____

Firm Name:_____

Firm Address:_____

Firm Phone: _____    Fax: _____    Email: _____

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

[USCADC Form 3 (Rev. Mar 2004)]