UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**UNITED STATES OF AMERICA,**

      **Appellee,**

 **v.**                                            **No. 21-3032**

**THEODORE B. DOUGLAS,**

      **Appellant.**

### INITIAL TRANSCRIPT STATUS REPORT

☐  No transcripts are necessary for this appeal as the case was decided on the pleadings.

☐  All transcripts necessary for the appeal have been completed and received.

\* \* \* \* \*

Interim Part I:    The following necessary transcripts have been ordered but not received:

| Date | Type of Proceeding | Court Reporter |
|---|---|---|
| 04/23/20 | Initial Appearance | Cathryn Jones |
| 04/24/20 | Status/Detention Hearing | Tim Miller |
| 04/30/20 | Motion Hearing | Lisa Griffith |
| 05/20/20 | Motion Hearing | Lisa Bankins |
| 05/27/20 | Preliminary Hearing | Lisa Edwards |
| 07/17/20 | Appeal of Magistrate Judge's Decision/Detention Hearing | Elizabeth Saint-Loth |
| 07/31/20 | Initial Status Conference | Lisa Moreira |
| 09/18/20 | Telephone Status Conference | Lorraine Herman |
| 01/04/21 | Telephone Status Conference | Lorraine Herman |
| 03/01/21 | Telephone Status/Scheduling Conference | Lorraine Herman |
| 03/09/21 | Plea Agreement Hearing | Lorraine Herman |
| 03/17/21 | Video Plea Agreement Hearing | Lorraine Herman |
| 05/04/21 | Video Sentencing | Lorraine Herman |

Interim Part II:   The following necessary transcripts have been completed and received:

Interim Part III:  State below any additional comments regarding preparation of the transcripts or the record on appeal which may delay the briefing of this case:
_____
_____
_____

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

    /s/
_____
TONY AXAM, JR.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

**CERTIFICATE OF SERVICE**

    I hereby certify that I filed the foregoing Initial Transcript Status Report with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on June 9, 2021.

    Chrisellen R. Kolb, Chief – Appellate Section, Criminal Division, U.S. Attorney's Office for the District of Columbia, counsel for appellee, Chrisellen.R.Kolb@usdoj.gov , who is a registered CM/ECF user, will be served by the appellate CM/ECF system.

    I further certify that some of the participants in the case are not registered CM/ECF users. I have served the foregoing document by using the U.S. District Court For The District Of Columbia online Request A Transcript site to order transcripts from Cathryn Jones, Tim Miller, Lisa Griffith, Lisa Bankins, Lisa Edwards, Elizabeth Saint-Loth, Lisa Moreira, and Lorraine Herman, Official Court Reporters.

                                       /s/
                                       _____
                                       TONY AXAM, JR.