UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**UNITED STATES OF AMERICA,**

    **Appellee,**

**v.**                                                                                       **No. 21-3032**

**THEODORE B. DOUGLAS,**

    **Appellant.**

### INTERIM TRANSCRIPT STATUS REPORT

☐ No transcripts are necessary for this appeal as the case was decided on the pleadings.

☐ All transcripts necessary for the appeal have been completed and received.

\* \* \* \* \*

Interim Part I:   The following necessary transcripts have been ordered but not received:

| Date | Type of Proceeding | Court Reporter |
|---|---|---|
| 04/23/20 | Initial Appearance | Cathryn Jones |
| 04/24/20 | Status/Detention Hearing | Tim Miller |
| 04/30/20 | Motion Hearing | Lisa Griffith |
| 07/17/20 | Appeal of Magistrate Judge's Decision/Detention Hearing | Elizabeth Saint-Loth |
| 07/31/20 | Initial Status Conference | Lisa Moreira |
| 09/18/20 | Telephone Status Conference | Lorraine Herman |
| 01/04/21 | Telephone Status Conference | Lorraine Herman |
| 03/01/21 | Telephone Status/Scheduling Conference | Lorraine Herman |
| 03/09/21 | Plea Agreement Hearing | Lorraine Herman |
| 03/17/21 | Video Plea Agreement Hearing | Lorraine Herman |
| 05/04/21 | Video Sentencing | Lorraine Herman |

Interim Part II:   The following necessary transcripts have been completed and received:

    Interim Part III:    State below any additional comments regarding preparation of the transcripts or the record on appeal which may delay the briefing of this case:

_____
_____
_____

                              Respectfully submitted,

                              A. J. KRAMER
                              FEDERAL PUBLIC DEFENDER

                                  /s/
                              _____
                              TONY AXAM, JR.
                              Assistant Federal Public Defender
                              625 Indiana Avenue, N.W., Suite 550
                              Washington, D.C.  20004
                              (202) 208-7500

## **CERTIFICATE OF SERVICE**

    I hereby certify that I filed the foregoing Interim Transcript Status Report with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on June 24, 2021.

    Chrisellen Rebecca Kolb, Chief – Appellate Section, Criminal Division, U.S. Attorney's Office for the District of Columbia, counsel for appellee, [Chrisellen.R.Kolb@usdoj.gov](mailto:Chrisellen.R.Kolb@usdoj.gov), who is a registered CM/ECF user, will be served by the appellate CM/ECF system.

    I further certify that some of the participants in the case are not registered CM/ECF users. The foregoing document will be served by email to Cathryn Jones, Tim Miller, Lisa Griffith, Elizabeth Saint-Loth, Lisa Moreira, and Lorraine Herman, Official Court Reporters.

                                    /s/
                              _____
                              TONY AXAM, JR.