UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**UNITED STATES OF AMERICA,**

    **Appellee,**

**v.**                                                                 **No. 21-3032**

**THEODORE B. DOUGLAS,**

    **Appellant.**

### INTERIM TRANSCRIPT STATUS REPORT

☐  No transcripts are necessary for this appeal as the case was decided on the pleadings.

☐  All transcripts necessary for the appeal have been completed and received.

\* \* \* \* \*

Interim Part I:    The following necessary transcripts have been ordered but not received:

| Date     | Type of Proceeding                     | Court Reporter  |
|----------|----------------------------------------|-----------------|
| 04/23/20 | Initial Appearance                     | Cathryn Jones   |
| 04/24/20 | Status/Detention Hearing               | Tim Miller      |
| 04/30/20 | Motion Hearing                         | Lisa Griffith   |
| 09/18/20 | Telephone Status Conference            | Lorraine Herman |
| 01/04/21 | Telephone Status Conference            | Lorraine Herman |
| 03/01/21 | Telephone Status/Scheduling Conference | Lorraine Herman |
| 03/09/21 | Plea Agreement Hearing                 | Lorraine Herman |
| 03/17/21 | Video Plea Agreement Hearing           | Lorraine Herman |
| 05/04/21 | Video Sentencing                       | Lorraine Herman |

Interim Part II:   The following necessary transcripts have been completed and received:

Interim Part III:  State below any additional comments regarding preparation of the transcripts or

```
                the record on appeal which may delay the
                briefing of this case:
```
_____
_____
_____

```
                         Respectfully submitted,

                         A. J. KRAMER
                         FEDERAL PUBLIC DEFENDER

                             /s/
                         _____
                         TONY AXAM, JR.
                         Assistant Federal Public Defender
                         625 Indiana Avenue, N.W., Suite 550
                         Washington, D.C.  20004
                         (202) 208-7500
```

**CERTIFICATE OF SERVICE**

    I hereby certify that I filed the foregoing Interim Transcript Status Report with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on July 9, 2021.

    Chrisellen Rebecca Kolb, Chief – Appellate Section, Criminal Division, U.S. Attorney's Office for the District of Columbia, counsel for appellee, Chrisellen.R.Kolb@usdoj.gov, who is a registered CM/ECF user, will be served by the appellate CM/ECF system.

    I further certify that some of the participants in the case are not registered CM/ECF users. The foregoing document will be served by email to Cathryn Jones, Tim Miller, Lisa Griffith, and Lorraine Herman, Official Court Reporters.

```
                              /s/
                         _____
                         TONY AXAM, JR.
```