UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**UNITED STATES OF AMERICA,**

    **Appellee,**

**v.**　　　　　　　　　　　　　　　　　　　　No. 21-3032

**THEODORE B. DOUGLAS,**

    **Appellant.**

## INTERIM TRANSCRIPT STATUS REPORT

☐   No transcripts are necessary for this appeal as the case was decided on the pleadings.

☐   All transcripts necessary for the appeal have been completed and received.

\* \* \* \* \*

Interim Part I:    The following necessary transcripts have been ordered but not received:

| Date | Type of Proceeding | Court Reporter |
|---|---|---|
| 04/23/20 | Initial Appearance | Cathryn Jones |
| 04/24/20 | Status/Detention Hearing | Tim Miller |
| 04/30/20 | Motion Hearing | Lisa Griffith |

Interim Part II:    The following necessary transcripts have been completed and received:

Interim Part III:    State below any additional comments regarding preparation of the transcripts or the record on appeal which may delay the briefing of this case:

_____
_____
_____

```
                Respectfully submitted,

                A. J. KRAMER
                FEDERAL PUBLIC DEFENDER

                    /s/
                _____
                TONY AXAM, JR.
                Assistant Federal Public Defender
                625 Indiana Avenue, N.W., Suite 550
                Washington, D.C.  20004
                (202) 208-7500
```

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Interim Transcript Status Report with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on August 11, 2021.

Chrisellen Rebecca Kolb, Chief – Appellate Section, Criminal Division, U.S. Attorney's Office for the District of Columbia, counsel for appellee, Chrisellen.R.Kolb@usdoj.gov, who is a registered CM/ECF user, will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. The foregoing document will be served by email to Cathryn Jones, Tim Miller, and Lisa Griffith, Official Court Reporters.

```
                        /s/
                _____
                TONY AXAM, JR.
```