UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Appellee,** | ) | |
| | ) | |
| v. | ) | NO. 21-3032 |
| | ) | |
| **THEODORE B. DOUGLAS,** | ) | |
| | ) | |
| **Appellant.** | ) | |

**FINAL TRANSCRIPT STATUS REPORT
AND REQUEST TO SET BRIEFING SCHEDULE**

Appellant, Theodore B. Douglas, through undersigned counsel, respectfully requests that this Court set a briefing schedule pursuant to which his opening brief will be due on November 26, 2021. In support of this motion, appellant states as follows:

1. All transcripts necessary for this appeal have been received.

2. Due to previously-set filing deadlines in other cases and logistical issues that are the result of the current pandemic, counsel requests ninety days to prepare appellant's opening brief. Therefore, counsel requests that the Court set a briefing schedule under which appellant's opening brief would be due on November 26, 2021.

1

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
TONY AXAM, JR.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Final Transcript Status Report and Request to Set Briefing Schedule with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on August 26, 2021.

Chrisellen Rebecca Kolb, Chief - Appellate Section, Criminal Division, U.S. Attorney's Office for the District of Columbia, counsel for appellee, Chrisellen.R.Kolb@usdoj.gov, who is a registered CM/ECF user, will be served by the appellate CM/ECF system.

/s/
_____
TONY AXAM, JR.

2