# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 21-3032** | **September Term, 2021** |
| | 1:20-cr-00121-CJN-2 |
| | Filed On: November 22, 2021 [1923435] |

United States of America,

      Appellee

    v.

Theodore B. Douglas,

      Appellant

**O R D E R**

Upon consideration of appellant's unopposed motion for a 60-day extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | January 25, 2022 |
| Appendix | January 25, 2022 |
| Appellee's Brief | February 24, 2022 |
| Appellant's Reply Brief | March 17, 2022 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk