# United States Court of Appeals
### For The District of Columbia Circuit

―――――――

**No. 21-3032**　　　　　　　　　　　　　　　**September Term, 2021**

**1:20-cr-00121-CJN-2**

**Filed On: January 19, 2022** [1931202]

United States of America,

    Appellee

  v.

Theodore B. Douglas,

    Appellant

### O R D E R

Upon consideration of the unopposed motion for 60-day extension of time within which to file appellant's opening brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | March 25, 2022 |
| Appendix | March 25, 2022 |
| Appellee's Brief | April 25, 2022 |
| Appellant's Reply Brief | May 16, 2022 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
　　　Catherine J. Lavender
　　　Deputy Clerk