# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 21-3032**                           **September Term, 2021**

1:20-cr-00121-CJN-2

**Filed On: March 21, 2022** [1939955]

United States of America,

      Appellee

  v.

Theodore B. Douglas,

      Appellant

## O R D E R

Upon consideration of the unopposed motion for 30-day extension of time within which to file appellant's opening brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | April 25, 2022 |
| Appendix | April 25, 2022 |
| Appellee's Brief | May 25, 2022 |
| Appellant's Reply Brief | June 15, 2022 |

                                              **FOR THE COURT:**
                                              Mark J. Langer, Clerk

                         BY:    /s/
                                              Catherine J. Lavender
                                              Deputy Clerk