# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Appellee,** ) | |
| ) | |
| v. ) | No. 21-3032 |
| ) | |
| **THEODORE DOUGLAS,** ) | |
| ) | |
| **Appellant.** ) | |

## UNOPPOSED MOTION FOR LEAVE TO LATE FILE BY ONE DAY APPELLANT'S OPENING BRIEF

Appellant, through undersigned counsel, respectfully moves this Court for leave to late file his brief by one day. In support of this motion, appellant states as follows:

1. Appellant's opening brief was due on April 25, 2022.

2. This case has not been scheduled for oral argument.

3. Counsel anticipated filing the appellant's opening brief on April 25, 2022, but was sick for much of the weekend as well as April 25, 2022, when he would have finished. As a consequence, he did not complete the brief and its review with Mr. Douglas until today.

4. The government does not oppose this motion to late file by one day.

WHEREFORE, appellant requests the Court grant his motion to late file his opening brief by one day.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
TONY AXAM, JR.
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500

## **CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION**

I hereby certify, pursuant to Federal Rule of Appellate Procedure 32(a), that the foregoing Motion for Extension was prepared in Times New Roman 14-point font and contains 139 words in compliance with the Court's type-volume limits.

/s/
_____
TONY AXAM, JR.
Assistant Federal Public Defender