UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————————

No. 21-3032

———————————

UNITED STATES OF AMERICA,                               Appellee,

    v.

THEODORE DOUGLAS,                                        Appellant.

### ENTRY OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney Eric Hansford hereby enters his appearance for the United States in this matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

CHRISELLEN R. KOLB
Assistant United States Attorney

_____/s/_____
ERIC HANSFORD
D.C. Bar #1017785
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Eric.Hansford@usdoj.gov
(202) 252-6829

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing motion to be served by electronic means, through the Court's CM/ECF system, upon counsel for appellant, Tony Axam, Jr., Esq., on this 29th day of April, 2022.

/s/
ERIC HANSFORD
Assistant United States Attorney