# United States Court of Appeals
### For The District of Columbia Circuit

───────────

**No. 21-3032**                            **September Term, 2021**

                                                                    1:20-cr-00121-CJN-2

                                         **Filed On: May 2, 2022**

United States of America,

         Appellee

    v.

Theodore B. Douglas,

         Appellant

**O R D E R**

     Upon consideration of the unopposed motions for leave to late file by one day appellant's opening brief and appendix, and the unopposed motion for extension of time within which to file appellee's brief, it is

     **ORDERED** that appellant's motions be granted. The Clerk is directed to file the lodged documents. It is

     **FURTHER ORDERED** that appellee's motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellee's Brief | July 11, 2022 |
| Appellant's Reply Brief | August 1, 2022 |

                                                        **FOR THE COURT:**
                                                        Mark J. Langer, Clerk

                                  BY:     /s/
                                                        Amanda Himes
                                                        Deputy Clerk