# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-3032**  **September Term, 2021**

1:20-cr-00121-CJN-2

Filed On: July 1, 2022 [1953154]

United States of America,

    Appellee

  v.

Theodore B. Douglas,

    Appellant

## O R D E R

Upon consideration of appellee's unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellee's Brief | July 26, 2022 |
| Appellant's Reply Brief | September 6, 2022 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Louis Karl Fisher
Deputy Clerk