

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*601 D St., N.W.*
*Washington, D.C. 20530*

July 26, 2022

Mark J. Langer, Clerk
United States Court of Appeals
for the District of Columbia Circuit
333 Constitution Avenue, N.W., Room 5423
Washington, D.C. 20001-2866

      Re:   *United States v. Theodore Douglas*, No. 21-3032

Dear Mr. Langer:

      Pursuant to Part X(D) of the D.C. Circuit's Handbook of Practice and Internal Procedures, I am writing to inform the Court of my unavailability for oral argument on certain future dates. I will be unavailable July 25–August 29, 2022; October 11-18, 2022; November 23-29, 2022; and December 22, 2022, to January 12, 2023. I respectfully request that argument not be scheduled during those times.

      I also anticipate that this Court will soon be setting oral argument in two other cases that I am arguing, *United States v. Maxine Williams*, No. 21-3048, and *United States v. Jean-Paul Gamarra*, No. 21-3047. To allow adequate preparation for argument in each case, I respectfully ask that those arguments be set for different weeks from *Douglas*.

                                                      Sincerely,

                                      __*/s/ Eric Hansford*_____
                                      Eric Hansford
                                      Assistant United States Attorney

cc (via CM/ECF):
Tony Axam, Jr., Esq.