# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 21-3032**  **September Term, 2022**

**1:20-cr-00121-CJN-2**

**Filed On: November 23, 2022** [1974993]

United States of America,

    Appellee

v.

Theodore B. Douglas,

    Appellant

### O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for December 09, 2022, at 9:30 A.M.:

    Appellant  -  10 Minutes

    Appellee  -  10 Minutes

One counsel per side to argue. The panel considering this case will consist of Circuit Judge Wilkins, and Senior Circuit Judges Randolph and Rogers.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by November 28, 2022.

**Per Curiam**

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:  /s/
    Michael C. McGrail
    Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)