USCA Case #21-3032　　Document #1976989　　Filed: 12/09/2022　　Page 1 of 1

# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 21-3032**　　　　　　　　　　　　　　　　**September Term, 2022**

**1:20-cr-00121-CJN-2**

**Filed On: December 9, 2022** [1976989]

United States of America,

       Appellee

  v.

Theodore B. Douglas,

       Appellant

**BEFORE:**　Circuit Judge Wilkins, and Senior Circuit Judges Randolph and Rogers

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Friday, December 9, 2022 at 9:34 a.m. The cause was heard as case No. 1 of 2 and argued before the Court by:

  Tony Axam, Jr. (FPD), counsel for Appellant.

  Eric Hansford (AUSA), counsel for Appellee.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
Anne A. Rothenberger
Deputy Clerk