# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 21-3032**            **September Term, 2022**
FILED ON: JULY 7, 2023

UNITED STATES OF AMERICA,
    APPELLEE

v.

THEODORE B. DOUGLAS,
    APPELLANT

Appeal from the United States District Court
for the District of Columbia
(No. 1:20-cr-00121-2)

Before: WILKINS, *Circuit Judge*, and RANDOLPH and ROGERS, *Senior Circuit Judges*

**J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's order denying Mr. Douglas's motion to suppress evidence be affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

           **FOR THE COURT:**
           Mark J. Langer, Clerk

BY:   /s/

           Michael C. McGrail
           Deputy Clerk

Date: July 7, 2023

Opinion Per Curiam
Opinion concurring in the judgment filed by Senior Circuit Judge Randolph.
Opinion concurring in the judgment filed by Senior Circuit Judge Rogers.
Dissenting opinion filed by Circuit Judge Wilkins.