# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 21-3032**  **September Term, 2022**

1:20-cr-00121-CJN-2

**Filed On:** August 25, 2023

United States of America,

    Appellee

    v.

Theodore B. Douglas,

    Appellant

## O R D E R

Upon consideration of appellant's petition for rehearing en banc, it is

**ORDERED**, on the court's own motion, that within 15 days of the date of this order, appellee file a response to the petition for rehearing en banc. The response may not exceed 3,900 words. Absent an order of the court, a reply to the response will not be accepted for filing.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                BY:    /s/
                              Daniel J. Reidy
                              Deputy Clerk