# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 21-3032**            **September Term, 2023**

1:20-cr-00121-CJN-2

**Filed On:** September 25, 2023

United States of America,

    Appellee

v.

Theodore B. Douglas,

    Appellant

**BEFORE:** Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges; and Randolph and Rogers, Senior Circuit Judges

## O R D E R

Upon consideration of appellant's petition for rehearing en banc, the response thereto, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

                                     **FOR THE COURT:**
                                     Mark J. Langer, Clerk
            BY:     /s/
                                       Daniel J. Reidy
                                       Deputy Clerk